Sarah L. Overton (CSB # 163810)
Lindsay N. Frazier-Krane (CSB # 251631)
Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com
lkrane@cmda-law.com
Attorneys for Defendants,
"Presiding Judge Does, of the Riverside Superior Court, in their official capacities;" and "Doe Clerk of the Riverside Superior Court, in their official capacity"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOE CLERK, et al.;<br><br>Defendants. | CASE: **5:20-cv-02055-JGB-KK**<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

///
///
///
///
///

1
**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

proposed judgment-1

| | |
|---|---|
| 1 | The Court entered an Order **DISMISSING** the Complaint **WITH** |
| 2 | **PREJUDICE** on April 27, 2021, for plaintiff's failure to timely respond as required |
| 3 | by Local Rule 7-12 and because plaintiff's suit is barred by the Rooker-Feldman |
| 4 | doctrine. In accordance with that Order, Judgment is entered in favor of Defendants |
| 5 | "Presiding Judge Does, of the Riverside Superior Court, in their official capacities;" |
| 6 | and "Doe Clerk of the Riverside Superior Court, in their official capacity" and against |
| 7 | Plaintiff. |
| 8 | **IT IS SO ORDERED.** |

Dated: May 20, 2021

_____
Honorable Jesus G. Bernal
United States District Judge

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405